# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**SELVAIN MCQUEEN,**                                                  **PLAINTIFF,**

**VS.**                          **CIVIL ACTION NO. 1:05CV258-P-D**

**CITY OF COLUMBUS, MISSISSIPPI,**                             **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's Motion for Transfer of Trial Location [25-1]. Upon due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

The motion is well-taken and should be granted. Pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses and in the interest of justice, trial of this matter would be better set for the U.S. Courthouse in Aberdeen, Mississippi.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Transfer of Trial Location [25-1] is **GRANTED**; therefore,

(2) Trial is **CONTINUED** until Monday, September 17, 2007 at 9:00 a.m. at the U.S. Courthouse in Aberdeen, Mississippi.

**SO ORDERED** this the 25th day of May, A.D., 2006.

                                                                /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE