# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**SELVAIN MCQUEEN,**                                           **PLAINTIFF,**

**VS.**                            **CIVIL ACTION NO. 1:05CV258-P-D**

**CITY OF COLUMBUS, MISSISSIPPI;**
**CHIEF J.D. SANDERS, and MAYOR**
**JEFFREY RUPP, in Their Individual**
**Capacities,**                                           **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' Motion to Strike [86-1] is **GRANTED**;

(2) Defendants' Motion for Summary Judgment [70-1] is **GRANTED** insofar as,

(3) The plaintiff's claims for retaliation and race discrimination are **DISMISSED WITH PREJUDICE**; while,

(3) The plaintiff's defamation claims under state law are **DISMISSED WITHOUT PREJUDICE** since the court declines to exercise jurisdiction over them pursuant to 28 U.S.C. § 1367(c)(3).

**SO ORDERED** this the 23rd day of February, A.D., 2007.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE